EASTERN DIST.
*March*, 1840.

MUNICIPALITY
NO. TWO
*vs.*
GRONING ET AL.
had at the present term.   The . court overruled the motion, and on answer filed, the cause was immediately taken up for trial.

The note sued on was produced in evidence, with the defendant's endorsement admitted, and on which he had written that he waived the formality of a protest, the very day the note became due.   There was judgment for the amount of the note; and the defendant appealed.

*Weems* and *Dalton*, for the plaintiff.

*Stevens*, contra.

---

MUNICIPALITY NO. TWO *vs.* GRONING ET AL.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

Where it appears that the *principal* is released from the obligation to account for certain moneys advanced to him, his *sureties* in the obligation will be discharged.

The plaintiffs allege that the defendants become the sure- <span style="float:right">Eastern Dist.<br>*March,* 1840.</span> ties of one Doorman, to whom was advanced the sum of four hundred dollars *for work to be performed* on the Poydras Market; that the suretyship of the defendants binds them for the performance of the work, or the repayment of the money; that Doorman has not complied with the conditions on which the advance was made, and the defendants are liable for its repayment. The defendants in their ~answer, pleaded a general denial; but averred that Doorman had performed the work, and complied in all respects, by extra work, &c. done, with his obligation. The sureties bound themselves on the 20th July, 1838, for the sum of four hundred dollars, "the advance required from the Municipality *at that date, for work done and to be done* on the Poydras Market."

MUNICIPALITY
NO. TWO
*vs.*
GRONING ET AL.

It was admitted, in evidence, "that on the 1st August, 1838, the sum of four hundred dollars was paid to Doorman by the plaintiffs, *for work* done on the Poydras-street Market."

There was also evidence of extra work; and a bill, produced in March, 1839, approved by the city surveyor, amounting to three hundred and nineteen dollars and sixty-two cents.

The district judge was, however, of opinion that the plaintiffs made out their case, and rendered judgment for the amount claimed; from which the defendants appealed.

*Rawle,* attorney for the Municipality, submitted the case.

*Mitchell,* for the defendants, insisted that the admission in the record, showed that twelve days after the advance, a sum sufficient to cover or replace it had been made by the plaintiffs. The judgment should, therefore, be reversed.

*Martin, J.,* delivered the opinion of the court:

The defendants are appellants from a judgment against them as sureties of one Doorman, for the sum of four hundred dollars, advanced to him by the plaintiffs on account of work done, or to be done, on the Poydras Market, on the 20th July, 1838.

EASTERN DIST.
*March*, 1840.

MUNICIPALITY
NO. TWO
*vs.*
GRONING ET AL.

There is an admission in the record, that on the first of August following, the plaintiffs paid to Doorman four hundred dollars *"for work done on the Poydras Market."*

If between these two dates, Doorman performed work on the Poydras Market of the value of four hundred dollars, he was thereby released from his obligation to account for the money advanced him; and the obligation of his sureties vanished with *that* of their principal.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be annulled and reversed; and that ours be for the defendants, with costs in both courts.